The Honorable Ronald B. Leighton

## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| AETNA HEALTH, INC.; and AETNA LIFE INSURANCE COMPANY, on behalf of itself and its self-insured plans,<br><br>Plaintiffs,<br>v.<br><br>SAMUEL ROSS FOX, M.D.; KATHERINE M. FOX; COTTONWOOD FINANCIAL SERVICES, L.C.; WASHINGTON MUTUAL BANK; DISTRICT DIRECTOR-INTERNAL REVENUE SERVICE; and all other persons or parties unknown claiming any right, title, estate, lien or interest in the real estate described in the Complaint.<br>Defendants. | NO.  09-5647 RBL<br><br>**JUDGMENT JUDICIALLY RELEASING LIEN AND QUIETING TITLE IN AND TO REAL PROPERTY** |

### JUDGMENT SUMMARY

Does not Apply

**Appearances**: Plaintiffs, Aetna Health, Inc. and Aetna Life Insurance Company, by and through its counsel of record, C. Chip Goss and the law firm of Tacey Goss, P.S.; the defendant, S. Ross Fox, M.D., by and through his counsel of record Thomas P. Quinlan

| | |
|---|---|
| JUDGMENT JUDICIALLY RELEASING LIEN AND QUIETING TITLE IN AND TO REAL PROPERTY- 1 – | MILLER, QUINLAN & AUTER, P.S., INC.<br>1019 Regents Blvd., Suite 204<br>Fircrest, WA 98466<br>Telephone: (253) 565-5019<br>Fax: (253) 564-5007 |

of the law firm Miller, Quinlan & Auter, P.S., Inc.; the Defendant, Katherine M. Fox, by and through her counsel, James R. Tomlinson and the law firm Davies Pearson P.S; and, the Unites States of America-Internal Revenue Service, by and through its counsel Alexis V. Andrews, Trial Attorney, Tax Division, United States Department of Justice.

**Prior Orders/Matters:** This Judgment arises out of the parties' Stipulation entered of record herein, as well as Order of Default against Defendant Cottonwood Financial Services, entered on May 13, 2010; and, the Court, having considered the same and otherwise deeming itself fully advised in the premises now, therefore it is

ORDERED, ADJUDGED, AND DECREED that the Deed of Trust filed by Defendant, Cottonwood Financial Services, L.C., a Utah limited liability company, which was recorded in the office of the Pierce County Auditor on July 9, 2004, under Auditor's file number 200407090408 encumbering the Defendants, S. Ross Fox and the marital community composed of S. Ross Fox and Katherine M. Fox, real property located in Lake Tapps, Pierce County, Washington, and legally described as:

> THAT PORTION OF THE EAST HALF OF SECTION 15, TOWNSHIP 20 NORTH, RANGE 5 EAST, W.M, IN PIERCE COUNTY, WASHINGTON, DESCRIBED AS FOLLOWS:
>
> COMMENCING AT THE SECTION CORNER COMMON TO SECTIONS 14, 15, 22 AND 23, IN SAID TOWNSHIP AND RANGE; THENCE NORTH 89°28'51" WEST ALONG THE SOUTH LINE OF SECTION 15, A DISTANCE OF 729.86 FEET; THENCE NORTH 00°31'09" EAST 852.36 FEET; THENCE NORTH 21°30'00" WEST 1,501.00 FEET;

| JUDGMENT JUDICIALLY RELEASING LIEN AND QUIETING TITLE IN AND TO REAL PROPERTY- 2 – | MILLER, QUINLAN & AUTER, P.S., INC.<br>1019 Regents Blvd., Suite 204<br>Fircrest, WA 98466<br>Telephone: (253) 565-5019<br>Fax: (253) 564-5007 |
|---|---|

THENCE NORTH 68°30'00" EAST 535.00 FEET TO THE POINT OF BEGINNING OF THE PARCEL HEREIN DESCRIBED, SAID POINT BEING ON THE NORTHEASTERLY MARGIN OF THAT CERTAIN RIGHT OF WAY 60.00 FEET IN WIDTH CONVEYED TO SNAG ISLAND MAINTENANCE CO., BY DEED DATED TIJNE 28, 1973 UNDER AUDITOR'S FILE NUMBER 2508398;
THENCE NORTH 21 °30'00" WEST ALONG SAID NORTHEASTERLY RIGHT OF WAY MARGIN 187.00 FEET;
THENCE NORTH 68°30'00" EAST 465.00 FEET;
THENCE SOUTH 21 °30'00" EAST 187.00 FEET;
THENCE SOUTH 68°30'00" WEST 465.00 FEET TO THE POINT OF BEGINNING.

EXCEPT THAT PORTION OF LAKE TAPPS LYING BELOW THE CONTOUR LINE AT ELEVATION OF 545.00 FEET ABOVE SEA LEVEL, SAID CONTOUR LINE AS BEING DESIGNATED IN THAT CERTAIN DEED DATED JUNE 22, 1954 AND RECORDED JULY 7, 1954 UNDER AUDITOR'S FILE NUMBER 1686523. SITUATE IN THE COUNTY OF PIERCE, STATE OF WASHINGTON

be, and the same hereby is, adjudged to be an invalid lien upon the above-described property and the same is released from of record; it is further,

ORDERED, ADJUDGED, AND DECREED that fee simple title in and to lands and premises described above is quieted as to and against said deed of trust in the Defendants, S. Ross Fox and the marital community composed of S. Ross Fox and Katherine M. Fox.

Dated this 1st day of September, 2011.

Judge Ronald B. Leighton
United States District Court

JUDGMENT JUDICIALLY RELEASING
LIEN AND QUIETING TITLE IN AND
TO REAL PROPERTY- 3 –

MILLER, QUINLAN & AUTER, P.S., INC.
1019 Regents Blvd., Suite 204
Fircrest, WA 98466
Telephone: (253) 565-5019
Fax: (253) 564-5007

1  Presented by:

   MILLER, QUINLAN & AUTER, P.S., INC.
2
3  [signature]

4  _____
   Thomas P. Quinlan, WSBA No. 21325
5  Attorney for Defendant S. Ross Fox, M.D.

6  Approved as to form/presentation waived:

7  TACEY GOSS, P.S.

      /S/  C. Chip Goss
8  _____
   C. Chip Goss, WSBA No. 22212
9  Attorney for Plaintiffs

10 DAVIES PEARSON P.S.

11    /S/   James R. Tomlinson
   _____
   James R. Tomlinson WSBA No. 14559
12 Attorney for Defendant Katherine M. Fox

13

14
   Jenny A. Durkan
15 United States Attorney

16 Robert P. Broulliard
   Assistant United States Attorney
17
      /S/    Alexis V. Andrews
   _____
18 Alexis V. Andrews
   Trial Attorney, Tax Division
19 Attorneys for United States

20

21

22

23 JUDGMENT JUDICIALLY RELEASING         MILLER, QUINLAN & AUTER, P.S., INC.
   LIEN AND QUIETING TITLE IN AND             1019 Regents Blvd., Suite 204
24 TO REAL PROPERTY- 4 –                            Fircrest, WA  98466
                                                Telephone: (253) 565-5019
25                                                  Fax: (253) 564-5007

26