The Honorable Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| AETNA HEALTH, INC.; and AETNA LIFE INSURANCE COMPANY, on behalf of itself and its self-insured plans,<br><br>Plaintiffs,<br><br>v.<br><br>SAMUEL ROSS FOX, M.D.; KATHERINE M. FOX; COTTONWOOD FINANCIAL SERVICES, L.C.; WASHINGTON MUTUAL BANK; DISTRICT DIRECTOR-INTERNAL REVENUE SERVICE; and all other persons or parties unknown claiming any right, title, estate, lien or interest in the real estate described in the Complaint.<br><br>Defendants. | NO.   09-5647 RBL<br><br>**JUDGMENT AUTHORIZING SALE OF REAL PROPERTY** |

<u>JUDGMENT SUMMARY</u>

Does not Apply

**Appearances**: Plaintiffs, Aetna Health, Inc. and Aetna Life Insurance Company, by and through its counsel of record, C. Chip Goss and the law firm of Tacey Goss, P.S.; the defendant, S. Ross Fox, M.D., by and through his counsel of record Thomas P. Quinlan of the law firm Miller, Quinlan & Auter, P.S., Inc.; the Defendant, Katherine M. Fox, by and through her counsel, James R. Tomlinson and the law firm Davies Pearson P.S; and,

| | |
|---|---|
| JUDGMENT AUTHORIZING SALE OF REAL PROPERTY - 1 – | MILLER, QUINLAN & AUTER, P.S., INC.<br>1019 Regents Blvd., Suite 204<br>Fircrest, WA 98466<br>Telephone: (253) 565-5019<br>Fax: (253) 564-5007 |

1. the Unites States of America-Internal Revenue Service, by and through its counsel Alexis
2. V. Andrews, Trial Attorney, Tax Division, United States Department of Justice.
3. **Prior Orders/Matters:** This Judgment arises out of the parties' Stipulation entered of
4. record herein; and, the Court, having considered the same and otherwise deeming itself
5. fully advised in the premises now, therefore it is
6. ORDERED, ADJUDGED, AND DECREED that the Court adopts in its entirety
7. the parties' Stipulation and Settlement Agreement. The terms of which are incorporated
8. herein by this reference as though fully set forth herein; it is further,
9. 
10. ORDERED, ADJUDGED, AND DECREED that the real property subject to this
11. lawsuit shall be sold free and clear of liens, pursuant to the terms of the parties'
12. Stipulation and Settlement Agreement; and, further that proceeds of such sale shall be
13. distributed and disbursed, pursuant to the terms of the parties' Stipulation and Settlement
14. Agreement.
15. Dated this 1st day of September, 2011.

_____
Judge Ronald B. Leighton
United States District Court

Presented by:
MILLER, QUINLAN & AUTER, P.S., INC.

_____
Thomas P. Quinlan, WSBA No. 21325
Attorney for Defendant S. Ross Fox, M.D.

| JUDGMENT AUTHORIZING SALE OF REAL PROPERTY - 2 – | MILLER, QUINLAN & AUTER, P.S., INC. 1019 Regents Blvd., Suite 204 Fircrest, WA 98466 Telephone: (253) 565-5019 Fax: (253) 564-5007 |
|---|---|

| | |
|---|---|
| 1 | Approved as to form/presentation waived: |
| 2 | TACEY GOSS, P.S.<br>/S/   C. Chip Goss |
| 3 | C. Chip Goss, WSBA No. 22212<br>Attorney for Plaintiffs |
| 4 | |
| 5 | DAVIES PEARSON P.S. |
| 6 | /S/   James R. Tomlinson |
| 7 | James R. Tomlinson WSBA No. 14559<br>Attorney for Defendant Katherine M. Fox |
| 8 | Jenny A. Durkan<br>United States Attorney |
| 9 | |
| 10 | Robert P. Broulliard<br>Assistant United States Attorney |
| 11 | /S/   Alexis V. Andrews |
| 12 | Alexis V. Andrews<br>Trial Attorney, Tax Division |
| 13 | Attorneys for United States |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | JUDGMENT AUTHORIZING SALE OF REAL PROPERTY - 3 – |
| 24 | |
| 25 | |
| 26 | |

MILLER, QUINLAN & AUTER, P.S., INC.
1019 Regents Blvd., Suite 204
Fircrest, WA 98466
Telephone: (253) 565-5019
Fax: (253) 564-5007