The Honorable Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| AETNA HEALTH, INC.; and AETNA LIFE INSURANCE COMPANY, on behalf of itself and its self-insured plans,<br>Plaintiffs,<br>v.<br>SAMUEL ROSS FOX, M.D.; KATHERINE M. FOX; COTTONWOOD FINANCIAL SERVICES, L.C.; WASHINGTON MUTUAL BANK; DISTRICT DIRECTOR-INTERNAL REVENUE SERVICE; and all other persons or parties unknown claiming any right, title, estate, lien or interest in the real estate described in the Complaint.<br>Defendants. | NO. 09-5647 RBL<br><br>STIPULATION RE: AGREED JUDGMENT |

Comes now the following parties, to wit: Plaintiffs, Aetna Health, Inc. and Aetna Life Insurance Company, by and through its counsel of record, C. Chip Goss and the law firm of Tacey Goss, P.S.; the defendant, S. Ross Fox, M.D., by and through his counsel of record Thomas P. Quinlan of the law firm Miller, Quinlan & Auter, P.S., Inc.; the Defendant, Katherine M. Fox, by and through her counsel, James R. Tomlinson and the law firm Davies Pearson P.S; and, the Unites States of America-Internal Revenue Service, by and through its counsel Alexis V. Andrews, Trial Attorney, Tax Division, United States Department of Justice;

STIPULATION - 1 –

MILLER, QUINLAN & AUTER, P.S., INC.
1019 Regents Blvd., Suite 204
Fircrest, WA 98466
Telephone: (253) 565-5019
Fax: (253) 564-5007

1  and, by way of Stipulation and pursuant to the terms of said parties' Settlement Agreement, the
2  terms of which are incorporated herein by this reference, agree that the Agreed Judgment and the
3  Judgment Judicially Releasing Lien and Quieting title in Real Property presented by counsel
4  herein should be approved as to form and content by this Court and entered herein forthwith.

5  Dated this 30th day of August, 2011.

6  Tacey Goss P.S.                                  Miller, Quinlan & Auter, P.S., Inc.

8  /S/  C. Chip Goss
9  C. Chip Goss WSBA#                              Thomas P. Quinlan WSBA#21325
   Attorney for Plaintiff                          Attorney for Defendant S. Ross Fox
10

11 Davies Pearson P.S.

12
   /S/ James R. Tomlinson
13 James R. Tomlinson WSBA# 14559
   Attorney for Katherine Fox
14

15

16 Jenny A. Durkan
   United States Attorney

17
   Robert P. Broulliard
18 Assistant United States Attorney

19    /S/  Alexis V. Andrews
   Alexis V. Andrews
20 Trial Attorney, Tax Division
   Attorneys for the United States
21

22

23 STIPULATION - 2 –                               MILLER, QUINLAN & AUTER, P.S., INC.
                                                   1019 Regents Blvd., Suite 204
24                                                 Fircrest, WA  98466
                                                   Telephone: (253) 565-5019
25                                                 Fax: (253) 564-5007

26