**The Honorable Ronald B. Leighton**

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| AETNA HEALTH, INC.; and AETNA LIFE INSURANCE COMPANY, on behalf of itself and its self-insured plans,<br>                       Plaintiffs,<br>v.<br>SAMUEL ROSS FOX, M.D.; KATHERINE M. FOX; COTTONWOOD FINANCIAL SERVICES, L.C.; WASHINGTON MUTUAL BANK; DISTRICT DIRECTOR-INTERNAL REVENUE SERVICE; and all other persons or parties unknown claiming any right, title, estate, lien or interest in the real estate described in the Complaint.<br>                       Defendants. | NO. 09-5647 RBL<br><br>**STIPULATION RE: AGREED JUDGMENT** |

Comes now the following parties, to wit: Plaintiffs, Aetna Health, Inc. and Aetna Life Insurance Company, by and through its counsel of record, C. Chip Goss and the law firm of Tacey Goss, P.S.; the defendant, S. Ross Fox, M.D., by and through his counsel of record Thomas P. Quinlan of the law firm Miller, Quinlan & Auter, P.S., Inc.; the Defendant, Katherine M. Fox, by and through her counsel, James R. Tomlinson and the law firm Davies Pearson P.S; and, the Unites States of America-Internal Revenue Service, by and through its counsel Alexis V. Andrews, Trial Attorney, Tax Division, United States Department of Justice;

STIPULATION - 1 –

MILLER, QUINLAN & AUTER, P.S., INC.
1019 Regents Blvd., Suite 204
Fircrest, WA 98466
Telephone: (253) 565-5019
Fax: (253) 564-5007

and, by way of Stipulation and pursuant to the terms of said parties' Settlement Agreement, the terms of which are incorporated herein by this reference, agree that the Agreed Judgment and the Judgment Judicially Releasing Lien and Quieting title in Real Property presented by counsel herein should be approved as to form and content by this Court and entered herein forthwith.

Dated this 30th day of August, 2011.

Tacey Goss P.S.

/S/  C. Chip Goss
C. Chip Goss WSBA#
Attorney for Plaintiff

Davies Pearson P.S.

/S/ James R. Tomlinson
James R. Tomlinson WSBA# 14559
Attorney for Katherine Fox

Jenny A. Durkan
United States Attorney

Robert P. Broulliard
Assistant United States Attorney

/S/  Alexis V. Andrews
Alexis V. Andrews
Trial Attorney, Tax Division
Attorneys for the United States

Miller, Quinlan & Auter, P.S., Inc.

Thomas P. Quinlan WSBA#21325
Attorney for Defendant S. Ross Fox

STIPULATION - 2 --